## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE RUTTER'S INC. DATA SECURITY BREACH LITIGATION | Case No. 1:20-cv-00382-JEJ<br><br>Class Action<br><br>**Jury Trial Demanded** |

## DEFENDANT'S MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant C H R Corp., d/b/a Rutter's respectfully moves the Court to dismiss Plaintiffs' Consolidated Amended Class Action Complaint. Two Plaintiffs have not alleged an injury sufficient to support Article III standing.  All Plaintiffs have failed to state a claim on which relief can be granted, and thus the Complaint should be dismissed in its entirety. The accompanying brief sets forth the bases for this motion.

Dated: June 26, 2020          Respectfully submitted,

*/s/ Paul G. Karlsgodt*
Paul G. Karlsgodt (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street
Suite 4400
Denver, CO 80202
Tel: (303) 764-4013
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

Meghan Rohling Kelly (admitted *pro hac vice*)
Tyson Y. Herrold
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre - 12th Floor
Philadelphia, PA 19104
Tel: (215) 564-8390
Fax: (215) 568-3439
mkelly@bakerlaw.com
therrold@bakerlaw.com

Carrie Dettmer Slye (*pro hac vice* to be submitted)
**BAKER & HOSTETLER LLP**
312 Walnut Street
Suite 3200
Cincinnati, Ohio 45202-4074
Tel: (513) 929-3400
Fax: (513) 929-0303
cdettmerslye@bakerlaw.com

*Attorneys for Defendant C H R Corp., d/b/a
Rutter's*

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 26, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Meghan Rohling Kelly*
Meghan Rohling Kelly
