# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE RUTTER'S INC. DATA SECURITY BREACH LITIGATION | Case No. 1:20-cv-00382-CCC-KM |

## STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF JON LAVEZZA WITHOUT PREJUDICE

Plaintiffs Lloyd F. Collins and Jon Lavezza ("Plaintiffs") and Defendant CHR Corporation d/b/a Rutter's ("Rutter's" or "Defendant"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of *only* Plaintiff Jon Lavezza are hereby voluntarily dismissed without prejudice. This Stipulation of Voluntary Dismissal applies only to Mr. Lavezza. Plaintiff Collins continues to prosecute this action on behalf of himself and members of the putative class. Should the Court certify a Class in this litigation, this Stipulation of Voluntary Dismissal will not adversely impact Mr. Lavezza's status as an absent class member.

**SO STIPULATED:**

Dated:  September 29, 2021

/s/     *Benjamin F. Johns*
Benjamin F. Johns
Samantha E. Holbrook
Alex M. Kashurba
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
bfj@chimicles.com
seh@chimicles.com
amk@chimicles.com

Christian Levis
Amanda Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770

Interim Co-Lead Class Counsel

/s/     *Carrie D. Slye*
Carrie Dettmer Slye (admitted *pro hac vice*)
Meghan Kelly (admitted *pro hac vice*)
Paul G. Hostetler LLP (admitted *pro hac vice*)
Tyson Y. Herrold (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
2929 Arch St., Cira Centre, 12th Floor
Philadelphia, PA 19104
Tel: (215) 564-8390

Fax: (513) 929-0303
cdettmerslye@bakerlaw.com
mkelly@bakerlaw.com
pkarlsgodt@bakerlaw.com
therrold@bakerlaw.com

*Counsel for Defendant*

**SO ORDERED:**

Date: 9/29/21       /s/ Christopher C. Conner
                    HON. CHRISTOPHER C. CONNER, U.S.D.J.