# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE RUTTER'S INC. DATA SECURITY BREACH LITIGATION | Case No. 1:20-cv-00382 |
| | (Hon. Christopher C. Conner) |
| | (Hon. Karoline Mehalchick) |

## STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER OF DISMISSAL

Plaintiff Lloyd F. Collins and Defendants C H R Corporation d/b/a Rutter's and Rutter's Holdings, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby **STIPULATE AND AGREE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this Action be dismissed with prejudice as to all claims, causes of action, and Parties.

**IT IS SO STIPULATED.**

Dated: January 20, 2023

| | |
|---|---|
| _/s/ Benjamin F. Johns_ | _/s/  Paul G. Karlsgodt_ |
| Benjamin F. Johns | Paul G. Karlsgodt |
| **SHUB LAW FIRM LLC** | **BAKER & HOSTETLER LLP** |
| 134 Kings Highway E. | 1801 California Street |
| 2nd Floor | Suite 4400 |
| Haddonfield, NJ 08033 | Denver, CO 80202 |
| Tel: (856) 772-7200 | Tel: (303) 764-4013 |
| bjohns@shublawyers.com | pkarlsgodt@bakerlaw.com |
| | |
| _/s/ Christian Levis_ | Carrie Dettmer Slye |
| Christian Levis | **BAKER & HOSTETLER LLP** |

Amanda Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
achristina@lowey.com

Samantha E. Holbrook
Alex M. Kashurba
**CHIMICLES SCHWARTZ
KRINER & DONALDSON-
SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
seh@chimicles.com
amk@chimicles.com

*Attorneys for Plaintiff Lloyd F.
Collins*

312 Walnut Street
Suite 3200
Cincinnati, OH 45202-4074
Tel: (513) 929-3400
cdettmerslye@bakerlaw.com

Tyson Y. Herrold
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre - 12th Floor
Philadelphia, PA 19104
Tel: (215) 564-8390
therrold@bakerlaw.com

Lawrence F. Stengel
**SAXTON & STUMP LLC**
280 Granite Run Drive, Suite #300
Lancaster, PA 17601
Tel: (717) 556-1080
lfs@saxtonstump.com

*Attorneys for Defendant C H R Corporation
d/b/a Rutter's and Rutter's Holdings, Inc.*

2

## <u>ORDER OF DISMISSAL</u>

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and Parties.

The Parties' filings that have been previously sealed in this Action **SHALL REMAIN UNDER SEAL** until further order of Court.

The Clerk of Court is **DIRECTED** to close the docket.

**BY THE COURT**:

Dated: _____, 2023          _____
                                       HON. CHRISTOPHER C. CONNER

3